No. 00–7778. SHAFER *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7780. RICHARDS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–7781. RICHARDSON *v.* ALBERTSON'S, INC., ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 00–7788. PACE *v.* DUKES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7792. VOSS *v.* MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7795. RUFFIN *v.* MONROE ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–7805. IN RE PIERCE. C. A. 3d Cir. Certiorari denied.

No. 00–7811. O'NEILL *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. C. A. Fed. Cir. Certiorari denied. ▮

No. 00–7817. JEFFERSON *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7818. LUCEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7821. DUCKER *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. ▮

No. 00–7832. FOSTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–7838. IRVIN *v.* MICHIGAN PAROLE BOARD ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 00–7846. BURR *v.* GOORD, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. ▮

No. 00–7869. GOLDEN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.